IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JASMINE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 25-0040-KD-C |
| ) | |
| JASHUBAI CHAUDHARY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) and S.D. Ala. GenLR 72(a)(2), and dated June 5, 2025 (doc. 7) is ADOPTED as the opinion of this Court.

Accordingly, this action is dismissed without prejudice for failure to prosecute and to comply with the Court's order.

DONE and ORDERED this 2nd day of July 2025.

                                                       s/ Kristi K. DuBose
                                                      KRISTI K. DuBOSE
                                                      UNITED STATES DISTRICT JUDGE